FILED'09 JAN 12 13:11 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAROLANN M. NEES,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

Civil No. 08-6012-AC

ORDER

MARSH, Judge.

Magistrate Judge John V. Acosta filed his Findings and Recommendation on December 1, 2008. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b). No objections have been timely filed. This relieves me of my

1 - ORDER

obligation to give the factual findings <u>de novo</u> review. <u>See</u> §636(b)(1)(C); <u>Simpson v. Lear Astronics Corp.</u>, 77 F.3d 1170, 1174-5 (9th Cir. 1996). Having reviewed the legal principles <u>de novo</u>, I find no error.

Accordingly, I ADOPT Magistrate Judge Acosta's Findings and Recommendation #19. The decision of the Commissioner is AFFIRMED. This action is DISMISSED.

IT IS SO ORDERED.

DATED this __12__ day of January, 2009.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER